ELIZABETH V. HYNDSMAN, as Administratrix of the Estate of WILLIAM T. HYNDSMAN, Deceased, Respondent, *v.* METROPOLITAN DISTRIBUTORS, INC., Appellant.

Submitted October 3, 1951; decided October 5, 1951.

*Benjamin H. Siff* and *Abraham S. Steinberg* for motion. *William L. Shumate* and *Louis T. Cymrot* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.